UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK CHARLES MASCH,<br>　　　Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>　　　Defendant. | Case No. 2:22-cv-01972 -NJK<br>**ORDER**<br>[Docket No. 17] |

Pending before the Court is Plaintiff's unopposed motion for extension of time to file Plaintiff's brief. Docket No. 17.

A request to extend a deadline set by the Federal Rules must be supported by a showing of good cause. Fed. R. Civ. P. 6(b). Plaintiff seeks a forty-five day extension to file his opening brief. Docket No. 17 at 1. Plaintiff submits that this extension is necessary because his counsel has over 100 briefs due in the next month. *Id.* "[A]ttesting that an attorney has overloaded his work obligations such that he cannot comply with established deadlines is not only an insufficient basis to modify case management deadlines, it is cause for alarm." *Williams v. James River Grp. Inc*, __ F. Supp. 3d __, 2022 WL 4181415, *4 (D. Nev. 2022) (internal citations omitted). Plaintiff's submission, therefore, cannot constitute good cause to extend the deadline to file his opening brief. However, as a one-time courtesy to Plaintiff, the Court **GRANTS** his unopposed motion for extension of time to file Plaintiff's brief. Docket No. 17. Plaintiff must file his opening brief no later than May 15, 2023.

IT IS SO ORDERED.

Dated: March 27, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge